UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

FILED
NOV 20 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Jonathan Finley
_____
Name of plaintiff (s)

v.

JP Morgan Chase
Chase Bank
_____
Name of defendant (s)

Case No. 1:25-CV-354
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I want to make an order for chase to let me access my account. I am the owner of the account and I need to access it. I forget my address

2. Plaintiff, Jonathan Finley resides at
1244 towne hills drive (temp), Chattanooga
street address / city

Hamilton, TN, 37843, (999) 999-9999
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Chase Bank (JPMorgan Chase) lives at, or its business is located at
383 Madison Ave, New York, New York, New York, 10017.

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

The District court is being used because JP morgan chase (chase Bank) is located in NY where they are Headquartered, however have operations in Chattanooga, TN. I need to get Chase Bank to allow me access to my account, Because there are security Provisions placed on my account that prevent unwanted access. I am currently in dire straits because of the issue. I'm not able to remember the address I have for the account. It was a relatively new address and I had an induced seizure medically.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Allowing me to have access to my
b. account. My ID Number is 100987139.
   If Chase allows me to have access
c. to my account bypassing the
   security measure so that I can
d. reset the security measures
   that would be great.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~[scribbled]~~ day of 20th November, 20____.

Jonathan Lily
1244 Towne hills dr
Chattanooga TN 37343
Signature of plaintiff(s)

3